UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 2:22-CR-0021-TOR |
| v. | |
| GUILLERMO VALDEZ, | Order Granting Government's Motion for a Protective Order |
| Defendant. | |

BEFORE THE COURT is the United States' Motion for Protective Order. ECF No. 9. The motion was submitted for hearing without oral argument. Having reviewed the record and the files therein, the Court is fully informed. For good cause shown, the motion is granted.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. The Government's Motion for a Protective Order, ECF No. 9, is GRANTED.

2. The Government will provide discovery materials on an on-going basis to defense counsel;

3. Discovery materials that contain the voice, image, or name of a confidential source will be made available for defense counsel's review at the United States Attorney's Office. Until further Order of the Court, those material may not be shown to the Defendant or left in the Defendant's custody;

Order Granting Government's Motion for a Protective Order - 1

    4.    Defense counsel may possess, but not copy (excluding the production of necessary working copies), all discovery materials;

    5.    Defense counsel may show to, and discuss with the Defendant, all discovery materials, except for any portion of video or audio files that record or display the name or image of a confidential source;

    6.    Defense counsel shall not provide original or copies of discovery materials to the Defendant;

    7.    Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order;

    8.    The Government, defense counsel, and witnesses may reference the existence and content of sealed / protective discovery material in open and closed court proceedings relevant to Case No. 2:22-CR-00021-TOR-1; provided however, any written reference to the content of the protected discovery shall be filed under seal.

**IT IS SO ORDERED**.  The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

DATED February 17, 2022.



    THOMAS O. RICE
    United States District Judge

Order Granting Government's Motion for a Protective Order - 2